[No. 42078-3-II.   Division Two.   March 5, 2013.]

*In the Matter of the Estate of* LARRY CAPPS.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-4-00351-0, Frederick W. Fleming, J., entered March 28, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt, J., and Armstrong, J. Pro Tem.

[No. 42080-5-II.   Division Two.   March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. KELVIN D. NASH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01114-7, Ronald E. Culpepper, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 42098-8-II.   Division Two.   March 5, 2013.]

FREDERICK BEAU GOULD ET AL., *Respondents,* v. HONG BIN IM ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 09-2-00417-3, Amber L. Finlay, J., entered April 11, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt, J.; Quinn-Brintnall, J., dissenting in part.

[No. 42481-9-II.   Division Two.   March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. CAITLIN CHERIE MASON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00116-9, James W. Lawler, J., entered August 17, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.